382 A.2d 755

Commonwealth v. Sexton, Appellant.

Submitted March 16, 1977. John D. Flinchbaugh, Assistant Public Defender, for appellant; Richard Horn, Assistant District Attorney, and Donald L. Reihart, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.